F. E. RONEY et al., Receivers of Robinson-Slagle Lumber Company, Inc., Plaintiffs-Appellants, v. A. P. PEYTON, Defendant-Appellee.

No. 4901.

Court of Appeal of Louisiana. Second Circuit.

April 3, 1935.

Blanchard, Goldstein, Walker & O'Quin, of Shreveport, for appellants.

Cook & Cook, of Shreveport, for appellee.

PER CURIAM.

It being now suggested to this court, supported by the attaching of a copy of the order of the lower court, that F. E. Roney has been superseded as receiver of the Robinson-Slagle Lumber Company, Inc., by C. J. Fernandez, the judgment heretofore rendered by us (159 So. 469) is amended to run in favor of C. J. Fernandez as receiver of Robinson-Slagle Lumber Company, Inc., in place of F. E. Roney.